■ In the Matter of ROBERT LONDRAVILLE, Respondent, v KAREN S. LONDRAVILLE, Appellant. [715 NYS2d 197] —Order unanimously affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Family Court (Schwerzmann, J.). The record, viewed in its totality, establishes that respondent received meaningful representation (*see, Matter of Dingman v Purdy*, 221 AD2d 817, 818). (Appeal from Order of Jefferson County Family Court, Schwerzmann, J.—Custody.) Present—Green, J. P., Pine, Wisner, Kehoe and Balio, JJ.